# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

In Re: Paul William Mooney         Teresa LaVerne Mooney         Case Number:   14-40325
3012 Charles Road                                                Judge:   J. Craig Whitley
Shelby, NC  28152                                                Dated:   September 29, 2015

SSN (1): XXX-XX-8905         SSN (2): XXX-XX-4322

## MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

Claim information in motion is current as of September 29, 2015.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| Bank of the Ozarks | 9 | 1 | U-Unsecured | 80 | $2,312.01 | Pay by Trustee | 5627 |
| CHARLOTTE RADIOLOGY | 11 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 5859 |
| Chv Shvi | 12 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| CLEVELAND COUNTY HEALTHCARE SYSTEM | 24 | 6 | U-Unsecured | 80 | $1,882.87 | Pay by Trustee | 8905 |
| CLEVELAND COUNTY TAX COLLECTOR | 6 | | P-Priority | 50 | $0.00 | NOT FILED | |
| CLEVELAND REG MED CTR | 13 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 0441 |
| CMC Faculty Physicians | 14 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 9306 |
| CMC Home Infusion & Equipment | 15 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 8496 |
| Genoptix Inc | 16 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 6792 |
| ID Consultants PA & | 18 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2270 |
| INTERIM HEALTHCARE | 19 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 9999 |
| Internal Revenue Service | 7 | 3 | P-Priority | 70 | $6,131.30 | Pay by Trustee | 8905 |
| Internal Revenue Service | 23 | 3 | U-Unsecured | 80 | $1,518.59 | Pay by Trustee | 8905 |
| JP Morgan Chase Bank NA | 3 | 8 | M-Mortgage/Lease | 30 | $265,338.27 | CONDUIT | 0935 |
| JP Morgan Chase Bank NA | 4 | 8 | N-Mortgage/Lease Arrea | 50 | $44,932.00 | Pay by Trustee | 0935 |
| NC DEPT OF REVENUE | 8 | 7 | P-Priority | 70 | $2,783.14 | Pay by Trustee | 8905 |
| NC DEPT OF REVENUE | 25 | 7 | U-Unsecured | 80 | $705.85 | Pay by Trustee | 8905 |
| One Main | 20 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2401 |
| PRA Receivables Management LLC as agent of | 17 | 4 | U-Unsecured | 80 | $4,224.75 | Pay by Trustee | 9963 |
| PRA Receivables Management LLC as agent of | 10 | 5 | U-Unsecured | 80 | $1,094.60 | Pay by Trustee | 5165 |
| Robert H Lutz | 1 | | B-Base Attorney Fee(s) | 20 | $3,393.00 | Pay by Trustee | |
| Robert H Lutz | 2 | | B-Base Attorney Fee(s) | 50 | $507.00 | Pay by Trustee | |
| Robert H Lutz | 26 | | L-Legal Fees | 50 | $200.00 | Pay by Trustee | 2/15 |
| Robert H Lutz | 27 | | L-Legal Fees | 50 | $200.00 | Pay by Trustee | 0/15 |
| Robert H Lutz | 28 | | L-Legal Fees | 50 | $200.00 | Pay by Trustee | 0/15 |

CASE NO:  14-40325								DEBTORS: Paul William Mooney AND Teresa LaVerne Mooney

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| Solstas Lab Partners | 21 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 9435 |
| The Sanger Clinic | 22 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 9306 |
| United Consumer Financial Services | 5 | 2 | U-Unsecured | 80 | $964.76 | Pay by Trustee | 4287 |

    Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: September 29, 2015                        Steven G. Tate
                                                            Chapter 13 Trustee
                                                            By:  A. Owens

CASE NO: 14-40325    DEBTORS: Paul William Mooney AND Teresa LaVerne Mooney

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtors' confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing by October 19, 2015 at the following address:

CLERK, U.S. BANKRUPTCY COURT
401 W TRADE ST ROOM 111
CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Friday, November 20, 2015 at 9:30 am at the following address.

CLEVELAND COUNTY COURTHOUSE
COURTROOM #5
100 JUSTICE PLACE
SHELBY, NC  28151

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated: September 29, 2015    Steven G. Tate
Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068
general@ch13sta.com

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

| | | |
|---|---|---|
| In Re: Paul William Mooney<br>3012 Charles Road<br>Shelby, NC  28152<br>SSN (1): XXX-XX-8905 | Teresa LaVerne Mooney<br><br><br>SSN (2): XXX-XX-4322 | Case Number:   14-40325<br>Judge:   J. Craig Whitley<br>Dated:   September 29, 2015 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on October 05, 2015.

A. Owens
Office of the Chapter 13 Trustee

Bank of the Ozarks, 3102 North Oak Street Extension, Valdosta, GA 31602
Carolinas Physicians Network, PO Box 70826, Charlotte, NC 28272-0826
CHARLOTTE RADIOLOGY, PO BOX 30488, CHARLOTTE, NC 28230-0488
Christina F Ackerman, Attorney at Law, 19811 W Catawba Avenue, Cornelius, NC 28031
Chv Shvi, PO Box 70826, Charlotte, NC 28272
CLEVELAND COUNTY HEALTHCARE SYSTEM, 201 E GROVER STREET, SHELBY, NC 28150-3917
CLEVELAND COUNTY TAX COLLECTOR, PO BOX 370, 311 E MARION ST, SHELBY, NC 28151-0370
CLEVELAND REG MED CTR, 201 E GROVER ST, SHELBY, NC 28150
CMC Faculty Physicians, PO Box 70826, Charlotte, NC 28272-0826
CMC Home Infusion & Equipment, PO Box 602262, Charlotte, NC 28260
Genoptix Inc, PO Box 673716, Detroit, MI 48267
ID Consultants PA &, Infusion Care Specialists, 4539 Hedgemore Dr Ste 100, Charlotte, NC 28209
INTERIM HEALTHCARE, PO BOX 890105, CHARLOTTE, NC 28289-0105
Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
JP Morgan Chase Bank NA, Mail Code OH4-7142, 3415 Vision Drive, Columbus, OH 43219
JPMorgan Chase Bank NA, Chase Records Center Attn Correspondence Mail, Mail Code LA4 5555, 700 Kansas Lane, Monroe, LA 71203
LVNV FUNDING LLC, PO BOX 10497, GREENVILLE, SC 29603-0497
Medicredit Corporation, PO Box 580281, Charlotte, NC 28258
NC DEPT OF REVENUE, OFFICE SERV DIV/BANKRUPTCY UNT, PO BOX 1168, RALEIGH, NC 27602-1168
One Main, 1606-D E Dixon Blvd, Shelby, NC 28152
Paragon Revenue Group, PO Box 127, Concord, NC 28026-0127
Paul William Mooney, Teresa LaVerne Mooney, 3012 Charles Road, Shelby, NC 28152
Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4962
Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541
PRA Receivables Management LLC as agent of, Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541-0914
Sean M Corcoran, Brock & Scott PLLC, 5121 Parkway Plaza Boulevard, Charlotte, NC 28217
Solstas Lab Partners, PO Box 71085, Charlotte, NC 28272-1085
The Sanger Clinic, PO Box 70826, Charlotte, NC 28272-0826
Trans World Systems, PO Box 15520, Wilmington, DE 19850
UNITED CONSUMER FINANCIAL SERV, BASS & ASSOCIATES PC, 3936 E FT LOWELL ROAD STE 200, TUCSON, AZ 85712
United Consumer Financial Services, C/O Bass & Associates PC, 3936 E Ft Lowell Rd Ste 200, Tucson, AZ 85712-1083

Total Served: 32